IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEE E. CRAWFORD,** | : | |
| Plaintiff | : | CIVIL NO. 1:14-CV-1936 |
| vs. | : | |
| **WARDEN ROBERT MCMILLAN, et al.,** | : | (Judge Rambo) |
| Defendants | : | |

<u>ORDER</u>

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. 43) is **GRANTED** as set forth below.

2. Crawford's medical malpractice/professional negligence claims against the Medical Defendants are **DISMISSED** for failure to comply with Pennsylvania Rule of Civil Procedure 1042.3.

3. Crawford's claim of deliberate indifference to a serious medical need under the Due Process Clause as it relates to the remaining defendants, Warden McMillan, Dr. Zaloga, Anthony Iannuzzi, Ken McCawley and Correctional Care, Inc., is **DISMISSED** for failure to

state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint within thirty (30) days of the date hereof.

    4. The Clerk of Court shall send a form civil rights complaint to Crawford.

    5. If Crawford fails to file an amended complaint within thirty (30) days of the date hereof, the Clerk shall **CLOSE** this case without further order of court.

                                   s/Sylvia H. Rambo
                                   SYLVIA H. RAMBO
                                   United States District Judge

June 7, 2016